**Anthony BUSSIE, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 15–7814.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2016.

Decided: April 1, 2016.

Anthony Bussie, Appellant Pro Se.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Bussie appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Bussie v. United States*, No. 5:15-hc-02149-FL (E.D.N.C. Nov. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*